IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOYA S. SPROULLS                                                PLAINTIFF

VS.                              CIVIL ACTION NO. 5:09-cv-38(DCB)(JMR)

BOWIE'S TAVERN, LLC and
DUNLEITH PLANTATIONS, LLC                                      DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court on the parties' Stipulation of Dismissal with Prejudice, docketed as a Motion to Dismiss with Prejudice **(docket entry 24)**. The Court finds that the parties have stipulated that all claims in this action should be dismissed. Accordingly,

IT IS HEREBY ORDERED that all claims against defendants Dunleith Plantations, LLC, and Bowie's Tavern, LLC, are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, this the 14th day of December, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE